UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA EVANS,<br><br>                             Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                            Defendant. | Case No.: 19-CV-2247 JLS (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>(ECF No. 18) |

      Presently before the Court is Plaintiff Cynthia Evans and Defendant Metropolitan Life Insurance Company's Joint Motion for Dismissal of Entire Action with Prejudice ("Joint Mot.," ECF No. 18). In light of a confidential settlement of the action, the Parties request dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). *See* Joint Mot. at 2. Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES** this action in its entirety **WITH PREJUDICE**. As stipulated by the Parties, each Party is to

/ / /

/ / /

/ / /

/ / /

/ / /

bear its own attorneys' fees and costs.  Because this concludes the litigation in this matter, the clerk **SHALL** close the file.

**IT IS SO ORDERED.**

Dated:  October 9, 2020

Hon. Janis L. Sammartino
United States District Judge